## STANLEY FERBER, TRUSTEE OF THE VIRGINIA D'ADDARIO SPRAY TRUSTS *v.* TILCON CONNECTICUT, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 51 Conn. App. 20 (AC 17284), is denied.

*Allan M. Cane,* in support of the petition.

Decided December 21, 1998

## STATE OF CONNECTICUT *v.* LUIS MARTINEZ

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 59 (AC 18051), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided December 21, 1998

## BERKELEY FEDERAL BANK AND TRUST FSB *v.* JEFFREY W. NAVIN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 18569) is denied.

*Kenneth R. Davis,* in support of the petition.

*Anne R. Hoyt,* in opposition.

Decided December 21, 1998